02-14-11

E-FILED
Tuesday, 22 February, 2011  10:59:50 AM
Clerk, U.S. District Court, ILCD

FILED
FEB 22 2011
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

07-40103

Dear: Judge Micheal M. Mihm

I wrote or should I say that I file a motion for my docket sheet last month. I have a situation here and I'm running out of time. My attorney Micheal B. Nash have been unprofessional and in competent. I have E-mailed Mr. Nash numerous times to send me the necessary documents to file my 2255. I even had my mother call and request the paper. First he told her he would send them but after a couple of weeks later, he told her that he couldn't. Now I've been have problems with Mr. Nash the very second he became my ~~[illegible]~~ Lawyer. He hasn't done anything I've ask of him. For instance, I told him not to file anything until I've had a chance to go over it and maybe add something to it. But he did the opposite and just file them anyway. I have E-mails verifying my disappointment of Mr. Nash's behavior and attitude. I'm writing you today sir to request a Extention for my 2255. Maybe 30 to 60 day sir would be surfice. I just need a little more time your honor if that is possible. Matter of fact sir I don't know when my 2255 is due. He file a writ of certiorari and I never found out

The exact date it was denied. So I had my mother to find that out as well. I like to apologize for my bad penmanship. I know that I have to March something to have it in. So once again Sir I pray that you give me this Extention.

Respectfully, Requested

Johnny W Lene